IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

SOMCHAI MILLER,

       Appellant,

v.

STATE OF FLORIDA,

       Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-4350

_____/

Opinion filed December 15, 2015.

An appeal from an order of the Circuit Court for Bay County.
Hentz McClellan, Judge.

Richard H. Albritton, III, Panama City; Herman D. Laramore, Public Defender, Marianna, and M. Douglas White, Assistant Public Defender, Panama City, for Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

     DISMISSED.

MARSTILLER, RAY, and BILBREY, JJ., CONCUR.